Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

07 DEC -7 AM 11:40

### ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 2830

Magistrate Case Number: _____

The person charged as __VIRGIL GENE WILLIAMS__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __SOUTHERN__ District of __FLORIDA__

with __Title 15 USC 78j(b) & 78ff(a) and 17 C.F.R. 240.10b-5__, in violation of __employing manipulative and deceptive devices and contrivances in connection with the purchase and sale of securities; employing a device, scheme and artifice to defraud; making untrue statements of material facts; and engaging in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon others, in connection with the purchase and sale of said securities.__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 12/7/07

_____
Jeffrey B. Horner, Special Agent, FBI
(Name)

Reviewed and Approved:

Dated: 12/7/07

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: **07-80180-CR-RYSKAMP/HOPKINS**

15 U.S.C. § 78j(b)
15 U.S.C. § 78ff(a)
17 C.F.R. § 240.10b-5

FILED by _____ D.C.
Under Seal
DEC 04 2007
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

vs.

VIRGIL WILLIAMS,
    Defendant.

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant VIRGIL WILLIAMS was chief executive officer and president of a company called Asgard Holdings, Inc. ("Asgard Holdings").

2. Asgard Holding was a publicly traded company whose stock traded on the Over-the-Counter Bulletin Board under the symbol "AGHG."

3. An Agent of the Federal Bureau of Investigation ("FBI"), acting in an undercover capacity, posed as a corrupt manager of a fictitious unregulated hedge fund located in West Palm Beach, Florida named Fillmore Captial, LLC ("Fillmore Capital"). The undercover FBI agent offered to have Fillmore Capital purchase securities of a given company to the exclusion of other securities in exchange for an undisclosed kickback.

1

4.      Global Connect Services, Inc ("Global Connect") was a consulting company purportedly used by the undercover FBI agent to receive payment of illegal kickbacks.

## COUNT 1

## SECURITIES FRAUD

1. The allegations contained in paragraphs 1 through 4 of the General Allegations section of this Indictment are realleged and incorporated as though fully set forth herein.

2. From in or about April 2007, through in or about September 2007, at Palm Beach County, in the Southern District of Florida and elsewhere, the defendant,

**VIRGIL WILLIAMS,**

knowingly and willfully, by the use of means and instrumentalities of interstate commerce, the mails, and the facilities of national securities exchanges, did directly and indirectly, use and employ manipulative and deceptive devices and contrivances in connection with the purchase and sale of securities, namely shares of stock in Asgard Holdings, and did (a) employ a device, scheme and artifice to defraud, (b) make untrue statements of material facts and omit to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, and (c) engage in acts, practices and courses of business which operated and would operate as a fraud and deceit upon others, in connection with the purchase and sale of said securities.

## OBJECT OF THE SCHEME TO DEFRAUD

3. It was a purpose and object of the scheme and artifice to defraud for the defendant to unjustly enrich himself by defrauding Fillmore Capital through paying a 25% undisclosed kickback to the undercover FBI agent ("UCA") in exchange for causing Fillmore Capital to purchase

hundreds of thousands of dollars of Asgard Holdings stock.

## MANNER AND MEANS

4. The manner and means by which the defendant sought to accomplish the object and purpose of the scheme and artifice to defraud included, among others, the following:

    a. The defendant agreed to pay an undisclosed kickback of 25% to the UCA acting as a manager of Fillmore Capital in exchange for having him violate his fiduciary duty to the fund by buying hundreds of thousands of dollars of Asgard Holdings stock to the exclusion of the stock of another company.

    b. The defendant agreed that the kickback to the UCA would not be disclosed to Fillmore Capital that was purportedly already paying the UCA a management fee for conflict-free investment advice.

    c. The defendant also agreed that the kickback to UCA would be disguised by payments to Global Connect pursuant to a sham consulting contract.

    d. On August 14, 2007, the defendant paid the UCA $7,250 which represented the kickback for the UCA's purchase of Asgard Holdings stock on August 8, 2007.

## SECURITIES TRANSACTIONS

5. On or about the dates enumerated as to each count, at Palm Beach County, in the Southern District of Florida and elsewhere, the defendant, in furtherance of and as part of the aforesaid manipulative and deceptive scheme and artifice to defraud, engaged in the securities transactions identified below:

3

| COUNT | DATE | SECURITIES TRANSACTION |
|---|---|---|
| 1 | August 8, 2007 | Purchase of 400,000 shares of Asgard Holdings |
| 2 | August 8, 2007 | Purchase of 200,000 shares of Asgard Holdings |
| 3 | August 8, 2007 | Purchase of 400,000 shares of Asgard Holdings |
| 4 | August 8, 2007 | Purchase of 300,000 shares of Asgard Holdings |
| 5 | August 8, 2007 | Purchase of 700,000 shares of Asgard Holdings |

All in violation of Title 15, United States Code, Sections 78j(b) and 78ff(a), and Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

AO 442   (Rev 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

V.

VIRGIL WILLIAMS

**WARRANT FOR ARREST**

Case Number: 07-80180-CR-RYSKAMP/HOPKINS

FILED by ___ D.C.
DEC 0 4 2007
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ VIRGIL WILLIAMS _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
12/4/07

charging him or her with (brief description of offense)

Mail and wire fraud

in violation of Title _____ 15 _____ United States Code, Section(s) 78j(b) & 78ff(a)

JAMES M. HOPKINS
Name of Issuing Officer

/s/ James M. Hopkins
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

West Palm Beach, Florida
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

VIRGIL WILLIAMS

---
DEFENDANT

A Corporate Surety Bond of $50,000 is recommended as to defendant.

ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY