## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  VIRGIL GENE WILLIAMS         No. 07MJ2830

HON. BARBARA LYNN MAJOR    Tape No. BLM07:1;9:42-9:51

Asst. U.S. Attorney   MICHELL PETTIT    PTSO

|  |  | # | Status |
|---|---|---|---|
| Atty MAXINE DOBRO   Apt __ X Ret for _____ | (1) | ( ) |
| _____   Apt __ Ret for _____ | ( ) | ( ) |
| _____   Apt __ Ret for _____ | ( ) | ( ) |
| _____   Apt __ Ret for _____ | ( ) | ( ) |
| _____   Apt __ Ret for _____ | ( ) | ( ) |
| _____   Apt __ Ret for _____ | ( ) | ( ) |

Apt for Material Witness(es)

PROCEEDINGS:   ___ In Chambers   X In Court   ___ By Telephone

Defendant stipulates to Removal Hearing. Court ordered the defendant to appear on 1/4/08 at 10:00 A.M. before the Magistrate Judge in West Palm Beach, Florida. Order and Waiver filed with the court.

Defendants request to modify bond conditions -Granted. Court modified travel restrictions to allow defendant to travel the South and Central District of California and the District of Florida.

Date  12/20/07                                     IF  [signature]
                                                   Deputy's Initials