FILED

DEC 20 2007

CLERK, U.S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **07MJ2830** |
| Plaintiff, ) | |
| ) | **ORDER OF REMOVAL** |
| vs. ) | **(Defendant Not in Custody)** |
| ) | |
| **VIRGIL GENE WILLIAMS,** ) | |
| Defendant. ) | |

A superseding indictment having been filed in the Southern District of Florida, charging defendant **VIRGIL GENE WILLIAMS** with employing manipulative and deceptive devices and contrivances in connection with the purchase and sale of securities; employing a device, scheme and artifice to defraud; making untrue statements of material facts; and engaging in acts, practices, and courses of business which operated and would operate as a fraud and deceit upon others, in connection with the purchase and sale of said securities, in violation of Title 15, United States Code, Sections 78j(b) and 78ff(a), and Title 17, Code of Federal Regulations, Section 240.10b-5. Defendant **VIRGIL GENE WILLIAMS** was arrested on December 7, 2007, in the Southern District of California, pursuant to the out of district arrest warrant related to said indictment. Defendant **VIRGIL GENE WILLIAMS** then posted a criminal bond and waived an identity hearing pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure. Therefore,

IT IS HEREBY ORDERED that defendant **VIRGIL GENE WILLIAMS**, appear before United States Magistrate Judge Ann Emily Vitunac, United States Courthouse, 702 Clematis Street, Courtroom 2, Fourth Floor, West Palm Beach, Florida 33401 on Friday, January 4, 2008, at 10:00 a.m. for further proceedings.

Dated: 12/20/07

HONORABLE BARBARA L. MAJOR
United States Magistrate Judge
**Southern District of California**

Order of Removal/Revised 12/02